No. 01–812.  MORRIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–813.  TECHNICAL ORDNANCE, INC., ET AL. v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–828.  GROGAN ET AL. v. CITY OF CINCINNATI EX REL. COSGROVE ET AL.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 01–830.  RENOBATO v. BUREAU OF THE PUBLIC DEBT. C. A. 5th Cir.  Certiorari denied.

No. 01–831.  RIZO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–840.  IN RE YOUNG.  C. A. 8th Cir.  Certiorari denied.

No. 01–845.  NICHOLAS v. NORTH COLORADO MEDICAL CENTER, INC., ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 01–850.  MILLS v. WISER OIL CO.  Ct. App. Ky.  Certiorari denied.

No. 01–5009.  CUCCINIELLO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 01–5150.  OLNEY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–5361.  CLOUD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–5413.  OLUFEMI v. DEKALB COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5420.  ORTLOFF v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.